# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF TRANSFER OF CASE
## (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**
Varner Business Park, LLC
**SSN:** N/A
**EIN:** 33−0975225

3 Overhill Rd
Orinda, CA 94563

**BANKRUPTCY NO.** 2:10−bk−18488−BB
**CHAPTER** 11

This case 6:09−bk−25784−BB has been transferred to the Los Angeles division within our District and reassigned to Bankruptcy Judge Sheri Bluebond for all further proceedings.

The new case number is 2:10−bk−18488−BB .

**Please use the new case number for all future matters regarding this case.**

Dated: March 8, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84

**58 / WD**