**WINFIELD S. PAYNE, III, ESQ., SBN 90142**
WINFIELD S. PAYNE & ASSOC.
4308 Lime St.
Riverside, Ca. 92501
(951) 276-9300 (Voice)
(951) 276-9301 (Fax)

**WILLIAM L. CONTI, ESQ., SBN 113759**
330 Rancheros Dr., Suite 212
San Marcos, Ca. 92069-2978
(760) 891-0801 (Voice)
(760) 891-0803 (Fax)

Attorneys for Debtor VARNER BUSINESS PARK, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VARNER BUSINESS PARK, LLC,<br><br>Debtor, | CASE NO. 2:10-bk-18488-BB<br><br>STIPULATION RE: GRANTING OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>HON. SHERI BLUEBOND<br><br>DATE: June 29, 2010<br>TIME: 2:00 p.m.<br>DEPT: 1475 |

### RECITALS

1.  On or about May 19, 2010 Bridge Bank, N.A. ("Bridge Bank") filed a motion for relief from stay in the above referenced case ("Motion").

2.  On June 24, 2010, prior to a hearing on the Motion, Bridge Bank sold to Merritt Williams, LLC ("Purchaser") all of its right, title and interest in and to the loan documents that provided the basis of the Motion, including the promissory note and deed of trust secured by Debtor's property. Accordingly, Bridge Bank is no longer the party in interest holding a security interest on

Debtor's property, which is the subject of the Motion.

3. Purchaser wishes to assert Bridge Bank's rights under the Motion and, as Bridge Bank's successor, holds all right, title and interest in the loan and deed of trust giving rise to the Motion. Bridge Bank agrees and consents that Purchaser may do so.

Based upon the foregoing recitals **IT IS HEREBY STIPULATED** by and between Debtor **VARNER BUSINESS PARK, LLC** and Moving Party **BRIDGE BANK NATIONAL ASSOCIATION** the Motion For Relief From the Automatic Stay to be heard on the date and time set forth above shall be granted pursuant to 11 U.S.C. Section 362(d)(3) including all relief requested therein.

Dated: _____

WILLIAM L. CONTI, ESQ.
Attorney for Debtor

Dated: June 30, 2010

SILICON VALLEY LAW GROUP

BY: _____
JOHN W. EASTERBROOK, ESQ.
Attorney for Bridge Bank